JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Huy Thinh Ngo, | SACV 14-01545 JVS(DFMx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| The Tran Family Trust, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on <u>March 4, 2015</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on March 20, 2015 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 26, 2015

_____
James V. Selna
United States District Judge